CHICAGO, BURLINGTON & QUINCY RAILROAD COMPANY, APPELLEE, V. FIRST NATIONAL BANK OF OMAHA, APPELLANT.

FILED DECEMBER 6, 1899.　No. 8,840.

Trusts: PURCHASE OF LAND: TITLE: STATUTE OF FRAUDS: ATTACHMENT. A rehearing having been granted in this case, the record is re-examined and the conclusions reached on the former hearing adhered to.

REHEARING of case reported in 58 Nebr., 548. *Affirmed.*

*Winfield S. Strawn,* for appellant.

*Greene & Breckenridge, contra.*

SULLIVAN, J.

Aided by exceptionally lucid and forceful arguments, we have again carefully examined the record in this case, and have again reached the conclusion that the judgment of the district court is adequately supported by competent and credible proof, and should, therefore, be affirmed. The original opinion (*Chicago, B. & Q. R. Co. v. First Nat. Bank of Omaha,* 58 Nebr., 548, 78 N. W. Rep., 1064) contains what is believed to be a substantially accurate statement of the main facts; and, since counsel for appellant expressly conceded in the oral argument that no disputed question of law is involved, we think it sufficient at this time to announce the result of our deliberations. The judgment in favor of the appellee will stand

AFFIRMED.